IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| v. | ) | No.  95cr509-6 |
| | ) | Judge Robert W. Gettleman |
| ERIC WILSON | ) | |

**DEFENDANT ERIC WILSON'S  MOTION TO SUSPEND BRIEFING**

Defendant DONNELL SIMMONS, by the Federal Defender Program and its attorney MIANGEL CODY, respectfully this Honorable Court to suspend briefing. In support of this motion, Mr. Wilson states as follows:

1.  Defendant Eric Wilson is serving a life sentence. On March 10, 1997, the district court imposed a mandatory minimum life sentence, pursuant to  21 U.S.C. § 848(b).

2.  On November 3, 2011, Mr. Wilson filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and Amendment 750 to the United States Sentencing Guidelines.

3.  Mr. Wilson's Sur-Reply in Further Support of his § 3582(c) Motion was due to be filed on or before October 15, 2012.

4.  On October 5, 2012, the United States Supreme Court granted certiorari in the case of *Alleyne v. United States*, 11-9335, 2012 WL 894630 (2012). In granting certiorari, the Court agreed to consider the following issue: "Whether this Court's decision in *Harris v. United States*, 536 U.S. 545, 557 (2002), holding that the Constitution does not require facts which increase a mandatory minimum sentence to be determined by a jury, should be overruled." *Alleyne v. United States*, 2012 WL 4750325 *i (2012).

5. Defendant respectfully requests that this Court suspend the briefing schedule for his § 3582(c) motion until the Supreme Court decides *Alleyne*. Undersigned counsel believes *Alleyne* presents pertinent issues on Mr. Wilson's behalf. More specifically, a sentencing judge rather than a jury found the facts underpinning the continuing criminal enterprise enhancement and therefore Mr. Wilson's mandatory minimum life sentence. It is the defense's belief that the Court's decision in *Alleyne* may impact the constitutionality of Mr. Wilson's sentence.

6. Given his indeterminate sentence, Mr. Wilson will not be prejudiced by a suspended briefing schedule. This request is made in good faith, and not for the purpose of delay.

WHEREFORE, it is respectfully requested that this Honorable Court grant Mr. Wilson's motion to suspend briefing until the United States Supreme Court decides *Alleyne*.

Dated this 18th day of October, 2012, at Chicago, Illinois.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

By: *s/ MiAngel Cody*
    MiAngel Cody

MIANGEL CODY
Federal Defender Program
55 East Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8348

## CERTIFICATE OF SERVICE

The undersigned, __MiAngel Cody__, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT ERIC WILSON'S MOTION TO SUSPEND BRIEFING**

was served pursuant to the district court's ECF system as to ECF filings, if any, and will be sent by first-class mail/hand delivery on October 18, 2012, to counsel/parties that are non-ECF filers.

By: *s/ MiAngel Cody*
*Counsel for Eric Wilson*
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8300